**Order entered July 16, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00866-CR

## ADRIAN ALEXANDREW CASTILLEJA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F17-76547-H

## ORDER

Before the Court is appellant's July 12, 2021 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant to file his brief by July 20, 2021. We caution appellant that future extensions are disfavored.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo, Presiding Judge, Criminal District Court No. 1; to Jeff Buchwald; and to the Dallas County District Attorney's Office, Appellate Division.

/s/     LANA MYERS
        JUSTICE